# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **HOPE ELLY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) |
| **HANESBRANDS INC.,** | ) 1:18-cv-114-HSO-JCG |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL

COMES NOW the attorneys on behalf of the Parties, and after agreement files this Stipulation of Dismissal pursuant rule 41(a)(1)(A)(ii) of the Fed. R. Civ. P., and would show the above referenced action should be dismissed fully, finally and with prejudice, as signified by all parties who have appeared in this action, with each party to bear their own costs.

SO STIPULATED, this the 26th day of July, 2018.

**COUNSEL FOR THE PLAINTIFF:**

/s/ *Pshon Barrett*
**Pshon Barrett**
MS- 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.521.3859 f
Pshon.Barrett@ADA-Firm.com

**COUNSEL FOR THE DEFENDANT:**

/s/ *Blythe K. Lollar*
BLYTHE K. LOLLAR
(MS Bar No. 104554)
blythe.lollar@ogletreedeakins.com
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
207 West Jackson Street, Suite 200
Ridgeland, Mississippi 35203
Telephone: 601.360.8444
Facsimile: 601.360.099

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed with the Clerk of Court the aforementioned Complaint for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 26th day of July, 2018 to the following:

**BLYTHE K. LOLLAR**
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
207 West Jackson Street, Suite 200
Ridgeland, Mississippi 35203
Telephone: 601.360.8444
Facsimile: 601.360.099
Email: blythe.lollar@ogletreedeakins.com

/s/ *Pshon Barrett*
**Pshon Barrett**
MS- 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.521.3859 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*